IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE OLDHAM<br>ADC #94827 | | PLAINTIFF |
| V. | NO.  2:08cv00046 BSM | |
| GREG HARMON, et al | | DEFENDANTS |

### ORDER

On May 19, 2008, Plaintiff filed a motion to voluntarily dismiss this 42 U.S.C. § 1983 complaint in its entirety (docket entry #8), on the grounds that Defendants have transferred him to a more suitable unit. There are no objections as no Defendant has been served; therefore, the Court finds that no reason exists to deny Plaintiff's request.

Plaintiff's motion to voluntarily dismiss (docket entry #8) is hereby GRANTED. Judgment will be entered dismissing Plaintiff's complaint <u>without</u> prejudice. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 28th day of May, 2008.

*[signature: Brian S. Miller]*
_____
UNITED STATES DISTRICT JUDGE